1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO HUY PHAN,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN OF THE OTAY MESA DETENTION FACILITY, et al.,<br><br>                                   Respondents. | Case No.:  25-cv-02369-AJB-BLM<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>**(Doc. No. 5)** |

Before the Court is Petitioner Hao Huy Phan's Motion for Appointment of Counsel, requesting the Court appoint the Federal Defenders of San Diego, Inc. pursuant to 18 U.S.C. § 3006A(a)(2). (Doc. No. 5.) Under this statute, the district court may appoint counsel for an impoverished habeas petitioner seeking relief under 28 U.S.C. § 2241 whenever "the court determines that the interest of justice so require[.]" 18 U.S.C. § 3006A(a)(2)(B). In making this determination, "a district court must evaluate both the likelihood of success on the merits and the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." *Rand v. Rowland*, 113 F.3d 1520 (9th Cir. 1997) (citations omitted).

Federal Defenders of San Diego, Inc., is ready and able to assist Petitioner in this matter, as demonstrated by the fact that the instant motion was drafted with their assistance

and supported by the declaration of Kara Hartzler, an appellate attorney at Federal Defenders. (*See generally* Doc. No. 5.) Moreover, Petitioner avers he does not have the funds necessary to hire a lawyer and has demonstrated sufficient likelihood of success on the merits. (*Id.*) Having carefully considered the arguments raised in Petitioner's motion, the Court finds that the appointment of counsel is appropriate in this case. The Court therefore **GRANTS** Petitioner's motion for appointment of counsel and **APPOINTS** Federal Defenders of San Diego, Inc. to represent him.

     **IT IS SO ORDERED.**

Dated:  September 25, 2025

Hon. Anthony J. Battaglia
United States District Judge

25-cv-02369-AJB-BLM